# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2740

_____

United States of America

*Plaintiff - Appellee*

v.

Warren Clinton

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: March 4, 2016
Filed: March 4, 2016
[Unpublished]

_____

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Warren Daniel Clinton appeals the district court's[1] order committing him for mental health care or treatment under 18 U.S.C. § 4245. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

There is no clear error in the district court's conclusion that a preponderance of the evidence established that Clinton was in need of hospitalization for care or treatment. *See* 18 U.S.C. § 4245(d) (burden of proof); *United States v. Bean,* 373 F.3d 877, 879 (8th Cir. 2004) (standard of review).

The judgment is affirmed, and counsel's motion to withdraw is granted. *See* 8th Cir. R. 47B.

———————————————————

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.